Decided September 27, 2006

## JANET GRIFFIN *v.* COMMISSIONER OF CORRECTION

The petitioner Janet Griffin's petition for certification for appeal from the Appellate Court, 97 Conn. App. 200 (AC 26458), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 27, 2006